

# NUMBER 13-16-00486-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN H. HANDS,                                                                                      Appellant,

v.

ROSA M. HANDS,                                                                                      Appellee.

## On appeal from the 357th District Court
## of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Perkes, and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, John H. Hands, perfected an appeal from a final decree of divorce entered by the 357th District Court of Cameron County, Texas, in cause number 2014-DCL-1380-E.  Appellant has filed a motion to dismiss the appeal on grounds that the trial

court has granted appellant's motion for new trial. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
29th day of September, 2016.